# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) |
| **v.** | ) **Case No. 4:19-cr-305-AKK** |
| | ) |
| **NICHOLAS DALE CAMPBELL,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

The court has for consideration Defendant's Motion to Suppress Evidence, doc. 12.  The magistrate judge filed a report recommending that the court deny Defendant's motion. *See* doc. 19. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**.  It is therefore **ORDERED** that Defendant's Motion to Suppress Evidence, doc. 12, is **DENIED.**

Done this the 28th day of October, 2019.

_____
ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE